IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KEVIN CANNADY : CIVIL ACTION

v.

JAMES T. WYNDER, et al. : NO. 07-2985

FILED MAR - 6 2008 MICHAEL E. KUNZ, Clerk By_____ Dep. Clerk

## ORDER

JOHN P. FULLAM, S.J.,

AND NOW, this 6th day of March, 2008, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.
   a) Petitioner's Objections are without merit

2. The petition for a writ of habeas corpus is DISMISSED AS UNTIMELY FILED.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

/s/ John P. Fullam
JOHN P. FULLAM, S.J.

3-6-08 - FAXED BY
CHAMBERS TO:
A. PALMER